UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BRIAN ZAGROBSKI,           *
       Plaintiff   *
                          *
v.                          *   CIVIL ACTION
                          *   NO. 03 12615 DPW
WOOD FISHERIES, INC.,       *
       Defendant   *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MAGISTRATE JUDGE _____

## PLAINTIFF'S COMPLAINT AND JURY TRIAL DEMAND

Now comes the plaintiff, Brian Zagrobski, in the above-entitled action and says:

### FACTUAL BACKGROUND

First: The plaintiff is a resident of the Town of Danvers, County of Essex, Commonwealth of Massachusetts, a seaman, and at all times hereinafter referred to, a member of the crew of the F/V SHANNON.

Second: The defendant is a corporation duly organized under the laws of the Commonwealth of Massachusetts with a principle place of business in Gloucester in the Commonwealth of Massachusetts.

Third: The defendant at all times referred to owned, operated, controlled and managed the F/V SHANNON.

Fourth: On or about January 2, 2001, the plaintiff was in the employ of the defendant as a seaman aboard the F/V SHANNON.

Fifth: On or about January 2, 2001, while the said F/V SHANNON was in navigable waters and while the plaintiff was in

the exercise of due care in the performance of his duties, he sustained severe and painful personal injuries.

### COUNT I

First: The plaintiff reiterates all the allegations set forth in Paragraphs "First," "Second," "Third," "Fourth," and "Fifth" of his Complaint, as if specifically set forth herein.

Second: As a result of his injuries, the plaintiff incurred expenses for his maintenance and cure and will continue to do so all to his damage as will be shown at trial.

WHEREFORE, the plaintiff demands judgment against the defendant in the sum of FIFTY THOUSAND ($50,000.00) DOLLARS together with costs and interest; and, in addition, an award of punitive damages and attorney's fees for the defendant's willful and persistent failure to make prompt payment of maintenance and cure during the period of the plaintiff's disability.

THE PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES RAISED.

Plaintiff,
By his attorney,

JOSEPH M. ORLANDO, ESQ.
BBO #380215
CHARLES S. WHITE, ESQ.
BBO #553644
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

Date: 12-29-3