```
              FILED
     UNITED STATES DISTRICT COURT
        DISTRICT OF MASSACHUSETTS
                 2003 DEC 30  A 11:08
*******************************
BRIAN ZAGROBSKI,         *    03 12615 DPW
           Plaintiff  U.S. DISTRICT COURT
                      DISTRICT OF MASS.
      v.                 *    CIVIL ACTION
                         *    NO.
WOOD FISHERIES, INC.,    *
           Defendant     *
*******************************
```

### SEAMAN'S AFFIDAVIT

I, Charles S. White, attorney for the plaintiff in the above-entitled action, do on oath depose and say as follows:

The plaintiff in the above-entitled action is a seaman and claims the benefits of the United States Code Annotated, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

_____
JOSEPH M. ORLANDO, ESQ.
BBO #380215
CHARLES S. WHITE, ESQ.
BBO #553644
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

COMMONWEALTH OF MASSACHUSETTS
ESSEX, SS.

Sworn and subscribed to before me this 29th day of December, 2003.

_____
NOTARY PUBLIC
My Commission Expires: 12/9/05