# United States District Court

DISTRICT OF **MASSACHUSETTS**

Brian Zagrobski

v.

Wood Fisheries, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **03 12615 DPW**

TO: (Name and Address of Defendant)   Wood Fisheries, Inc.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Charles S. White, Esq.
Orlando & White
One Western Avenue
Gloucester, MA 01930

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE: DEC 30 2003

APR 13 2004
ORLANDO & ASSOCIATES

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

___

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

___

☐ Returned unexecuted:

___

☐ Other (specify):

___

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

April 12, 2004

Essex, ss.

I hereby certify and return that on 4/9/2004 at 10:45 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of  Wood Fisheries, Inc., "F/V Lady Sharon, 164 Prospect Street, MR. William Muniz, Gloucester, MA , and by mailing 1st class to the above address on 4/9/2004. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($9.60), Postage and Handling ($3.00), Copies ($10.00) Total Charges $47.10

*[signature]*
Deputy Sheriff

Deputy Sheriff Richard Howell

___

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.