UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY -5 P 1:27

BRIAN ZAGROBSKI,  )
     Plaintiff,  )  CIVIL ACTION
          )  NO.: 03-12615DPW
v.  )
          )
WOOD FISHERIES, INC.  )
     Defendant.  )

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

1. The Defendant admits that the Plaintiff was a member of the crew of the F/V LADY SHANNON, but is without sufficient knowledge to admit or deny the remaining allegations of paragraph 1 of the Plaintiff's Complaint.

2. The Defendant admits the allegations contained in Paragraph 2 of the Plaintiff's Complaint.

3. The Defendant admits that it owns the F/V LADY SHANNON.

4. The Defendant is without sufficient knowledge to admit or deny the allegations contained in Paragraph 4 of the Plaintiff's Complaint.

5. The Defendant denies the allegations contained in Paragraph 5 of the Plaintiff's Complaint.

### COUNT I

6. The Defendant restates its answers as set forth in paragraphs 1 through 5 as if fully set forth herein.

7. The Defendant denies the allegations contained in Paragraph 2 of Count I of the Plaintiff's Complaint.

WHEREFORE, the Defendant respectfully requests that this Honorable Court dismiss the Plaintiff's Complaint with prejudice, and that the Defendant be awarded its costs, attorneys' fees and all other relief the Court deems fair and just.

### FIRST AFFIRMATIVE DEFENESE

The Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

There has been accord and satisfaction.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff has failed to make and/or effect service of process.

### FOURTH AFFIRMATIVE DEFENSE

There has been a misnomer of parties and third-party plaintiff has failed to implead parties necessary to this litigation.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the doctrine of waiver and/or estoppel.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred due to the failure to mitigate damages.

### SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by a release.

### EIGHTH AFFIRMATIVE DEFENSE

The damages, if any, allegedly suffered by the Plaintiff were caused by third parties for whose conduct the defendant is not responsible.

### NINETH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the agreements between the parties.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred due to the Plaintiff's willful misconduct.

## ELEVENTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred due to the Plaintiff's willful concealment of a disabling condition.

                                                Defendant,
                                                By its attorney,

*/s/ Stephen M. Ouellette (LAC)*
Stephen M. Ouellette
BBO No.: 543752
Cianciulli & Ouellette
163 Cabot Street
Beverly, MA 01915
(978) 922-9933

## CERTIFICATE OF SERVICE

I, Lori Cianciulli, attorney for the Defendant herein, hereby certify that I caused to have served a copy of the foregoing document upon the attorney for the Plaintiff, Joseph M. Orlando, Esq. Orlando & Associates, One Western Avenue, Gloucester, Massachusetts 01930 by regular mail, postage prepaid this 3rd day of May, 2004.

*/s/ Lori Cianciulli*
Lori Cianciulli

# CIANCIULLI & OUELLETTE
ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
A Professional Association

163 CABOT STREET
BEVERLY, MASSACHUSETTS 01915

Stephen M. Ouellette*
Lori A. Cianciulli
----------
David S. Smith*

*Also Admitted in Maine

Telephone: (978) 922-9933
Facsimile: (978) 922-6142

Sender's E-mail: fishlaw@aol.com
http://www.candolawyers.com

FILED
IN CLERKS OFFICE
2004 MAY -5  P 1:27
U.S. DISTRICT COURT
DISTRICT OF MASS

May 3, 2004

Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

Re:   *Zagrobski v. Wood Fisheries, Inc.*
      Civil Action No.: 03-12615 DPW

Dear Sir or Madam:

Please find enclosed the Defendant's Answer to Plaintiff's Complaint. Kindly file and record same. Thank you for your attention to this matter.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Stephen M. Ouellette, Esq.
(LAC)

Enclosures

cc:   Joseph M. Orlando, Esq.

courtltr001.doc