UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN ZAGROBSKI, | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO.: 03-12615DPW |
| v. | ) | |
| | ) | |
| WOOD FISHERIES, INC. | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Now come the parties, through their attorneys and move to continue the Rule 16B

Scheduling conference currently set for June 21, 2004 to August 12, 2004.  As grounds therefore

the parties states that:

This is a maintenance and cure action brought by the Plaintiff, Brian Zagrobski against

his former employer, Wood Fisheries, Inc. arising out of an accident that allegedly occurred at a

local market while the Plaintiff was purchasing food for a fishing trip

Wood Fisheries, Inc. has been informed that its insurer has become insolvent.

The parties are currently attempting to settle the case, and seek to reduce costs (and in

turn avoid burdening the Court with conferencing a case that will likely resolve) by delaying the

Rule 16B conference to give the parties time to  consummate a settlement.

Wherefore the parties pray that the Scheduling Conference set for June 22, 2004 be

rescheduled to August 12, 2004, or such other date as is convenient for the Court.

| | |
|---|---|
| Plaintiff | Defendant, |
| By His Attorney | By its attorney, |
| | |
| *Charles S. White /s/*_____ | *Stephen M. Ouellette /s/*_____ |
| Charles S. White, Esquire | Stephen M. Ouellette |
| BBO # 553644 | BBO No.: 543752 |
| Orlando & Associates | Cianciulli & Ouellette |
| One Western Avenue | 163 Cabot Street |
| Gloucester, MA 01930 | Beverly, MA 01915 |
| 978-283-8100 | (978) 922-9933 |