UNITED STATES DISTRICT COURT
FILED
DISTRICT OF MASSACHUSETTS OFFICE

```
*********************************          2004 JUN 24  A 11: 33
BRIAN ZAGROBSKI,                    *
            Plaintiff               *       U.S. DISTRICT COURT
                                    *       DISTRICT OF MASS.
   v.                               *       CIVIL ACTION
                                    *       NO.: 03-12615-DPW
WOOD FISHERIES, INC.,               *
            Defendant               *
*********************************
```

### STIPULATION OF DISMISSAL

All the parties to the above-entitled action, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that this case be dismissed, with prejudice and without costs.

DATED:    June 22, 2004

_____          _____
CHARLES S. WHITE, ESQ.               STEPHEN OUELLETTE, ESQ.
BBO # 553644                         BBO # 543752
Orlando & Associates                 Cianciulli & Ouellette
One Western Avenue                   163 Cabot Street
Gloucester, MA  01930                Beverly, MA 01915
(978) 283-8100                       (978) 922 9933

Stipdis/woodfisheries